# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL BITTNER, ET AL.,**<br>Plaintiffs,<br>vs.<br>**CITY OF PLEASANT HILL, ET AL.,**<br>Defendants. | CASE NO. 18-cv-03345-YGR<br><br>**ORDER DENYING MOTIONS TO DISMISS AS MOOT**<br><br>Re: Dkt. Nos. 7, 14 |

On June 7, 2018, defendant County of Contra Costa (the "County") filed a motion to dismiss plaintiffs' complaint. (Dkt. No. 7.) Defendants City of Pleasant Hill, Pleasant Hill Police Department, Justin Morrison, Derek Brownridge, and Bryan Hill (together, the "City Defendants") subsequently filed a separate motion to dismiss on June 11, 2018. (Dkt. No. 14.) On July 13, 2018, plaintiffs filed an amended complaint (Dkt. No. 28), pursuant to a stipulation reached by the parties (Dkt. No. 26). In light of the filing of plaintiffs' amended complaint, the County's and the City Defendants' motions to dismiss are **DENIED AS MOOT**.[1]

This Order terminates Docket Numbers 7 and 14.

**IT IS SO ORDERED.**

Dated: July 13, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] The Court previously issued an order vacating the hearing on the motions set for August 7, 2018. (Dkt. No. 27.)